

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00467-CV

COUJAUNIA MORRIS, Appellant

V.

CLARKE SPRINGS, Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County.
(Tr. Ct. No. 1061760).

This is an appeal from the judgment signed by the court below on May 18, 2015. Appellant, Coujaunia Morris, did not timely file a brief. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed for want of prosecution**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 3, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Massengale and Brown.